# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 5:24-cr-62 (MTT)** |
| | : | |
| **NICKALAUS SHONTAE MAINOR,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Defendant Nickalaus Shontae Mainor appeared on April 29, 2026, for an initial appearance and arraignment pursuant to Rule 5 of the Federal Rules of Criminal Procedure. Defendant was provided a copy of the indictment and informed of the charges. Defendant was also informed of his right not to make a statement and of his right to counsel, and appointed counsel was present for the proceeding. Defendant refused to enter a plea. Accordingly, pursuant to Rule 11(a)(4) of the Federal Rules of Criminal Procedure, the Court hereby enters a plea of Not Guilty on Defendant's behalf.

**SO ORDERED**, this the 30th day of April, 2026.


s/ Charles H. Weigle_____
Charles H. Weigle
United States Magistrate Judge